**This order is SIGNED.**

 

**Dated: October 19, 2016**

**WILLIAM T. THURMAN**
**U.S. Bankruptcy Judge**

*uae*

Order Prepared and Submitted By:

Lou G. Harris, Bar No. 09405
LINCOLN LAW CENTER, LLC
921 West Center Street
Orem, UT 84057
Telephone:  (801) 224-8282
Facsimile:  (800) 584-6826
help@lincolnlaw.com
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| In re:  **JONAH H. CARPENTER** | : | Bankruptcy No. 16-27115 |
| | : | Judge William T. Thurman |
| | : | Chapter 13 |
| | : | |
| Debtor. | : | Filed Electronically |

**ORDER GRANTING DEBTOR'S MOTION TO VACATE ORDER OF DISMISSAL AND REINSTATE CASE, MOTION TO RESCHEDULE 341 MEETING OF CREDITORS AND CONFIRMATION HEARING, MOTION TO EXTEND DEADLINES AND REQUEST FOR ATTORNEY FEES AND NOTICE OF CONTINUED CONFIRMATION HEARING**

JONAH H. CARPENTER (the "Debtor") filed her Motion to Vacate Order of Dismissal and Reinstate Case, Motion to Continue 341 Meeting of Creditors and Confirmation Hearing, Motion to Extend Deadlines and Request for Attorney Fees (the "Motion"), on September 20, 2016. The Court, having reviewed the pleadings on file, having consulted applicable law, and being fully advised in the premises,

Based upon the allegations in the Motion and proper notice the Court hereby ORDERS as follows:

1. The Debtor's Motion is GRANTED.

2. The Order of Dismissal in the above-captioned case is VACATED.

3. The Debtor's Chapter 13 Case is REINSTATED.

4. The Debtor's 341 Meeting of Creditors and confirmation hearing shall be rescheduled to a time designated by the Court.

5. The Debtor shall be required to service notice of the continued confirmation hearing unless such notice is provided with the new 341 Meeting Notice.

6. The deadlines are extended as follows: the deadline to object to claimed extensions by thirty 30 days, the deadlines to object to discharge or dischargeability of certain debts by 60 days, the deadline for all nongovernmental creditors to file a proof of claim by 90 days, and the deadline for governmental units to file a proof of claim by 180 days.

7. Counsel has rendered reasonable and valuable services to the Debtors in execution and prosecution of this Order, which fees exceed the "no-look" fees, and therefore, Counsel is awarded fees in the amount of $350.00, to be paid out of funds held by the Chapter 13 Trustee. Fees are allowed as an administrative expense under 11 U.S.C. §503(b) and that they re to be paid by the Chapter 13 Trustee from property of the estate to the extent funds are available.

------------------------ **End of Order** ------------------------

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing Order shall be served to the parties an in the manner designated below:

**By Electronic Service** – I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing on Order through the CM/ECF system:

Trustee Lon Jenkins        ecfmail@ch13ut.org, lneebling@ch13ut.org

United States Trustee      USTPRegion19.SK.ECF@usdoj.gov

Lou G. Harris              lgh@lincolnlaw.com, help@lincolnlaw.com

_____
Signature